# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| STEPHEN MATCH, | ) | Case No. 3:19-cv-00279-TMR |
| | ) | |
| Plaintiff, | ) | Judge Thomas M. Rose |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING PLAINTIFF** |
| **INTERSTATE GAS SUPPLY, INC.** | ) | **LEAVE TO FILE FIRST AMENDED** |
| **d/b/a IGS ENERGY,** | ) | **COMPLAINT** |
| | ) | |
| Defendant. | ) | |

Upon the request of Plaintiff made at the Preliminary Pretrial Conference held on January 23, 2020, and Defendant voicing no objection, Plaintiff is hereby granted leave to file a First Amended Complaint in this action. Plaintiff shall file his Amended Complaint no later than 10 days from the date of this Order.

January 23, 2020 \*s/Thomas M. Rose

_____

Judge Thomas M. Rose