UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STEVEN MATCH,

    Plaintiff,

vs.

INTERSTATE GAS SUPPLY, INC.,
*doing business as*, IGS Energy,

    Defendant.

Case No. 3:19-cv-279

District Judge Michael J. Newman

---

### ORDER VACATING TRIAL DATE OF SEPTEMBER 13, 2021 AND ALL RELATED DATES, PENDING FURTHER ORDER OF THIS COURT

---

    This civil case is set for trial on September 13, 2021.  Doc. No. 6.  Due to restrictions caused by the COVID-19 Delta Variant and the health dangers it presents, the Court finds it necessary and prudent to postpone trial in this matter.  Consequently, the trial date of September 13, 2021 and all related dates are VACATED, pending further Order of this Court.

    **IT IS SO ORDERED.**

August 4, 2021

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge